# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**

**DON KARL JURAVIN,**                                                     Case No. 6:18-bk-06821-KSJ
                                                                          Case No. 6:20-bk-01801-KSJ

    **Debtor.**
_____/

**DENNIS D. KENNEDY, as Chapter 7 Trustee of the
estate of DON KARL JURAVIN,**

    **Plaintiff,**                                     Adv. Pro. No. 6:21-ap-00145-KSJ

**v.**

**APRIL GOODWIN and
THE GOODWIN FIRM, P.A.,**

    **Defendants.**
_____/

## ANSWER TO COMPLAINT

    April Goodwin and The Goodwin Firm, P.A., (the "Defendants") by and through their undersigned attorney, hereby respond to Trustee's Complaint, and in support thereof the Defendants state as follows:

### JURISDICTION AND VENUE

    1.    Defendants admit the allegations as contained in Paragraph 1 for jurisdictional purposes only.

    2.    Defendants admit the allegations as contained in Paragraph 2.

1

3. Defendants admit the allegations as contained in Paragraph 3.

## BACKGROUND

4. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

5. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

6. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

7. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

8. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

9. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

10. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

11. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

12. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

13. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

14. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

15. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

16. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

17. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

18. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

19. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

## PROCEDURAL HISTORY

20. Defendants admit the allegations as contained in Paragraph 20.

21. Defendants admit the allegations as contained in Paragraph 21.

22. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

23. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

24. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

25. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

26. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

27. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

28. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

29. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

30. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

31. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

32. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

33. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

34. Defendants admit the allegations as contained in Paragraph 34.

35. Defendants admit the allegations as contained in Paragraph 35.

36. Defendants admit the allegations as contained in Paragraph 36.

37. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

38. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

39. Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations as contained in this paragraph, and therefore deny same.

40. Defendants admit the allegations as contained in Paragraph 40.

41. Defendants admit the allegations as contained in Paragraph 41.

42. Defendants admit the allegations as contained in Paragraph 42.

43. Defendants admit the allegations as contained in Paragraph 43.

## FACTUAL ALLEGATIONS

44. Defendants deny the allegations as contained in Paragraph 44. The Goodwin Firm's principal address is 801 W. Bay Drive, Suite 715, Largo, Florida 33770.

45. Defendants admit the allegations as contained in Paragraph 45.

46. Defendants admit the allegations as contained in Paragraph 46.

47. Defendants admit the allegations as contained in Paragraph 47.

48. Defendants admit the allegations as contained in Paragraph 48.

49. Defendants admit the allegations as contained in Paragraph 49.

50. Defendants admit the allegations as contained in Paragraph 50.

51. Defendants deny the allegations as contained in Paragraph 51.

52. Defendants admit the allegations as contained in Paragraph 52.

53. Defendants admit the allegations as contained in Paragraph 53.

54. Defendants deny the allegations as contained in Paragraph 54.

55. Defendants deny the allegations as contained in Paragraph 55.

56. Defendants admit that "the Agreement" was executed on September 26, 2018, that it is attached, and deny all further allegations in this Paragraph.56

57. Defendants deny the allegations as contained in Paragraph 57.

58. Defendants deny the allegations as contained in Paragraph 58.

59. Defendants deny the allegations as contained in Paragraph 59.

60. Defendants deny the allegations as contained in Paragraph 60.

61. Defendants deny the allegations as contained in Paragraph 61.

62. Defendants deny the allegations as contained in Paragraph 62.

63. Defendants deny the allegations as contained in Paragraph 63.

## COUNT I: ACTUAL FRAUD

### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER

### (Against Defendants)

64. Defendants incorporate their answers to paragraphs 1 through 63 herein.

65. Defendants deny the allegations as contained in Paragraph 65.

66. Defendants deny the allegations as contained in Paragraph 66.

67. Defendants deny the allegations as contained in Paragraph 64.

68. Defendants deny the allegations as contained in Paragraph 68.

69. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

70. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

71. Defendants deny the allegations as contained in Paragraph 71.

72. Defendants deny the allegations as contained in Paragraph 72.

73. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

WHEREFORE, the Defendants respectfully request that this Court enter an Order denying the Complaint with prejudice and for such other and further relief as is just.

## COUNT II: CONSTRUCTIVE FRAUD

### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER

### (Against Defendants)

74. Defendants incorporate their answers to paragraphs 1 through 63 herein.

75. Defendants admit the allegations for jurisdictional purposes only.

76. Defendants deny the allegations as contained in Paragraph 76.

77. Defendants deny the allegations as contained in Paragraph 77.

78. Defendants deny the allegations as contained in Paragraph 78.

79. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

80. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

81. Defendants deny the allegations as contained in Paragraph 81.

82. Defendants lack sufficient knowledge to form a belief as to these allegations and therefore deny same.

83. Defendants deny the allegations as contained in Paragraph 83.

WHEREFORE, the Defendants respectfully request that this Court enter an Order denying the Complaint with prejudice and for such other and further relief as is just.

## COUNT III: AVOID AND RECOVER PREFERENTIAL TRANSFER

### (Against Defendants)

84. Defendants incorporate their answers to paragraphs 1 through 63 herein.

85. Defendants deny the allegations as contained in Paragraph 85.

86. Defendants deny the allegations as contained in Paragraph 86.

87. Defendants deny the allegations as contained in Paragraph 87.

88. Defendants deny the allegations as contained in Paragraph 88.

89. Defendants deny the allegations as contained in Paragraph 89.

90. Defendants deny the allegations as contained in Paragraph 90.

91. Defendants deny the allegations as contained in Paragraph 91.

92. Defendants lack sufficient knowledge to form a belief as to the allegations and therefore deny same.

93. Defendants deny the allegations as contained in Paragraph 93.

94. Defendants deny the allegations as contained in Paragraph 94.

95. Defendants deny the allegations as contained in Paragraph 95.

WHEREFORE, the Defendants respectfully request that this Court enter an Order denying the Complaint with prejudice and for such other and further relief as is just.

## COUNT IV: TURNOVER

### (Against Defendants)

96. Defendants incorporate their answers to paragraphs 1 through 63 herein.

97. Defendants deny the allegations as contained in Paragraph 97.

98. Defendants deny the allegations as contained in Paragraph 98.

99. Defendants deny the allegations as contained in Paragraph 99.

100. Defendants deny the allegations as contained in Paragraph 100.

WHEREFORE, the Defendants respectfully request that this Court enter an Order denying the Complaint with prejudice and for such other and further relief as is just.

## COUNT V: AVOID AND RECOVER POST PETITION TRANSFERS

### (Against Defendants)

101. Defendants incorporate their answers to paragraphs 1 through 63 herein.

102. Defendants admit the allegations for jurisdictional purposes only.

103. Defendants deny the allegations as contained in Paragraph 103.

104. Defendants deny the allegations as contained in Paragraph 104.

105. Defendants deny the allegations as contained in Paragraph 105.

106. Defendants deny the allegations as contained in Paragraph 106.

WHEREFORE, the Defendants respectfully request that this Court enter an Order denying the Complaint with prejudice and for such other and further relief as is just.

## AFFIRMATIVE DEFENSES

APRIL GOODWIN and THE GOODWIN FIRM, P.A., (the "Defendants") by and through their undersigned attorney, hereby file their affirmative defenses, and in support thereof the Defendants state as follows:

1. As a First Affirmative Defense, the alleged transfer was a contemporaneous exchange of money for legal services rendered.

2. As a Second Affirmative Defense, the alleged transfer was made in the ordinary course of business and made to pay for reasonable attorney fees.

3. As a Third Affirmative Defense, Defendants were a good faith transferee under 548(c) and should not be compelled to turn over legal fees which were rightfully earned.

4. As a Fourth Affirmative Defense with regard to APRIL GOODWIN as an individual, Plaintiff has failed to state any cause of action stated against said Defendant.

The facts not having been fully developed, the Defendants reserve the right to amend and/or supplement these additional Affirmative Defenses that they may assert upon discovery.

## COUNTERCLAIM FOR ATTORNEY'S FEES

1. Defendants realleges their affirmative defenses set forth above as if fully set forth herein.
2. Defendants have retained undersigned counsel to represent them in this action and have obligated themselves to pay reasonable attorney's fees and costs associated with said representation.

    Plaintiff's Complaint fails to state claims upon which relief can be granted, and it is based on false allegations.

    WHEREFORE, Defendants request an award of attorneys' fees and costs for having to defend meritless claims.

Respectfully submitted,

/s/ Samantha L. Dammer
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served on this 24th day of November, 2021, on all parties receiving ECF e-service.

/s/ *Samantha L. Dammer*
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com