

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/18/2022 02:00 PM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-LVV** | **Chapter 7** | **10/04/2021** |
| **ADVERSARY:** 6:21-ap-00145-LVV | | **Pltf Atty:** James D Ryan |
| | | **Dft Atty:** Samantha L Dammer |

**DEBTOR:**   Don Karl Juravin and April Goodwin

**HEARING:**

Kennedy, Trustee v. Goodwin et al

Kennedy v. April Goodwin and the Goodwin Law Firm, P.A.
Pltf Atty: Bradley Saxton
Def Atty: Samantha Dammer
Pretrial Conference
Note:
Answer to Complaint (Doc #8)
Pending Motion by Plaintiff to Strike Counterclaim or Alternatively, Motion to Dismiss Counterclaim with Prejudice; filed w/ neg ntc 12/14/21 (Doc #9)
Nature of Suit:
Recovery of money / property
542 turnover of property
548 fraudulent transfer

**APPEARANCES:**:
Pltf Atty: Bradley Saxton; Lauren Reynolds; Jim Ryan
Def Atty: Samantha Dammer

**RULING:**
Kennedy v. April Goodwin and the Goodwin Law Firm, P.A.

 Pretrial Conference   - cont to 4/12/2022 at 11:00am (AOCNFNG)

Motion by Plaintiff to Strike Counterclaim or Alternatively, Motion to Dismiss Counterclaim with Prejudice; filed w/ neg ntc 12/14/21 (Doc #9)  -   cont to 4/12/2022 at 11:00am (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.