ORDERED.

Dated: September 13, 2022

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-LVV<br>Case No. 6:20-bk-01801-LVV |
| Debtor.<br>_____/ | Jointly Administered with<br>Case No. 6:18-bk-06821-LVV |
| DENNIS D. KENNEDY,<br>AS CHAPTER 7 TRUSTEE OF THE<br>ESTATE OF DON KARL JURAVIN, | Adv. Pro. No. 6:21-ap-00145-LVV<br>(Consolidated with: |
| Plaintiff,<br>v. | Case No. 6:22-ap-00014) |
| APRIL GOODWIN,<br>THE GOODWIN FIRM, P.A., | |
| Defendants.<br>_____/ | |

**AGREED CASE MANAGEMENT ORDER**

THIS CASE came on for a status conference on August 10, 2022 at 10:00 a.m. As stated at the hearing, the parties agreed to prepare and submit an Agreed Case Management Order that governs the above adversary proceeding. By submission of this order for entry, the submitting

1

counsel represents that the opposing party consents to its entry. Upon consideration of this Order and having found good cause, it is

**ORDERED:**

1. Except as otherwise modified herein, the provisions and deadlines provided by Local Rule 7001-1 apply.

2. <u>Expert Disclosures</u>: The parties shall disclose any experts no later than 90 days before discovery deadline.

3. <u>Dispositive Motions</u>: The parties shall file any dispositive motions no later than 70 days before trial.

4. <u>Mediation</u>: The parties shall complete mediation no later than 35 days before trial.

5. <u>Discovery Deadline</u>: The parties shall complete discovery no later than 28 days before trial.

6. <u>Pretrial Disclosures</u>: The parties shall file pretrial disclosures pursuant to Local Rule 7001-1(1) at least 21 days before trial.

7. <u>Objections to Pretrial Disclosures</u>: Objections to any pretrial disclosures shall be filed 14 days from the date of the disclosure.

8. <u>Joint Final Pretrial Statement</u>: The parties shall meet at least 14 days before trial to prepare a Joint Final Pretrial Statement.

9. <u>Final Pretrial Statement, Witness and Exhibits Lists</u>: The parties shall file a Joint Pretrial Statement with Witness and Exhibit lists at least 7 days before trial.

10. <u>Motions</u>: All other Motions, including motions in *limine*, shall be filed at least 7 days before trial.

11.  <u>Final Pretrial Conference</u>:  A final pretrial conference is scheduled for **December 6, 2022 at 11:00 a.m.**

12.  <u>Trial Date</u>: **A two-day trial is scheduled for April 5-6, 2023 beginning at 9:30 a.m. before the Honorable Lori V. Vaughan, United States Bankruptcy Judge at Courtroom C, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801.**

Lauren M. Reynolds is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.