# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN | |
| | Case No. 6:18-bk-06821-LVV |
| Debtor. | |
| _____/ | Case No. 6:20-bk-01801-LVV |
| MUST CURE OBESITY CO., | *Jointly Administered with* |
| | Case No. 6:20-bk-01801-LVV |
| Applicable Debtor. | Case No. 6:18-bk-06821-LVV |
| _____/ | |
| DENNIS D. KENNEDY, | |
| AS CHAPTER 7 TRUSTEE OF THE | |
| ESTATE OF MUST CURE OBESITY, CO., | Adv. Pro. No. 6:21-ap-00145-LVV |
| Plaintiff. | |
| v. | |
| APRIL GOODWIN and | |
| THE GOODWIN FIRM, P.A., | |
| Defendants. | |
| _____/ | |

## MEDIATOR'S REPORT AND
## NOTICE OF COMPLETION OF MEDIATION

In accordance with the mediation conference held on February 20, 2023, (the "Mediation Conference") (by Zoom teleconference). The results of the Mediation Conference are indicated below:

1. Plaintiff, Defendants, and each of their respective counsel attended and participated in the Mediation Conference.

2. The outcome of the Mediation Conference was that the dispute was resolved.

Dated: February 24, 2023

/s/ Lynn Welter Sherman
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
lsherman@trenam.com
TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone (727) 896-7171
Mediator

## CERTIFICATE OF SERVICE

I certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to all attorneys of record.

/s/ Lynn Welter Sherman
Attorney