UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-LVV<br>Case No. 6:20-bk-01801-LVV |
| Debtor.<br>_____/ | Jointly Administered with<br>Case No. 6:18-bk-06821-LVV |
| DENNIS D. KENNEDY,<br>AS CHAPTER 7 TRUSTEE OF THE<br>ESTATE OF DON KARL JURAVIN | Adv. Pro. No. 6:21-ap-00145-LVV<br>(Consolidated with:<br>Case No. 6:22-ap-00014) |
| Plaintiff,<br>v. | |
| APRIL GOODWIN,<br>THE GOODWIN FIRM, P.A., | |
| Defendants.<br>_____/ | |

## JOINT MOTION TO ABATE ADVERSARY PROCEEDINGS

Plaintiff, Dennis D. Kennedy, as Chapter 7 Trustee of the Estate of Don Karl Juravin ("Trustee"), and Defendants, April Goodwin and The Goodwin Firm, P.A. ("Goodwin", and together with Trustee, the "Parties"), by and through their undersigned counsel, seek to abate the above-captioned adversary proceeding and all related hearings and deadlines, including without limitation, the trial scheduled for April 5-6, 2023, pending further notice. In support, the Parties state as follows:

1. On October 4, 2021, Dennis Kennedy, as Chapter 7 Trustee of the Estate of Don Karl Juravin, filed a Complaint against Goodwin seeking to avoid and recover alleged preferential,

fraudulent and post-petition transfers, initiating this case number 6:21-ap-00145 (the "Juravin Adversary").

2. On November 24, 2021, Goodwin filed an Answer to Complaint in the Juravin Adversary, in which Goodwin generally denied the allegations in the Complaint, denied liability, and raised certain defenses thereto.

3. On January 30, 2022, Dennis Kennedy, as Chapter 7 Trustee of the Estate of Must Cure Obesity, Co., filed a Complaint against Goodwin seeking to avoid and recover alleged fraudulent and post-petition transfers, initiating case number 6:22-ap-00014 (the "MCO Adversary", and together with the Juravin Adversary, the "Adversary Proceedings").

4. On March 1, 2022, Goodwin filed an Answer to Complaint in the MCO Adversary, in which Goodwin generally denied the allegations in the Complaint, denied liability, and raised certain defenses thereto.

5. On August 17, 2022, the MCO Adversary was consolidated with and into the Juravin Adversary for the purposes of discovery and trial.

6. On September 13, 2022, the Court entered an Agreed Case Management Order setting the case for trial on April 5-6, 2023.

7. The Trustee and his attorneys and Goodwin and their attorneys attended mediation on February 20, 2023. The Parties were able to reach a resolution of all issues in the Adversary Proceedings and executed a settlement agreement on February 20, 2023 (the "Settlement Agreement").

8. The Trustee has filed a 9019 Motion seeking the Court's approval of the Settlement Agreement, which motion is currently pending.

9. Pursuant to the Settlement Agreement, the Parties agreed to file a joint motion to abate the Adversary Proceedings, pending Goodwin's performance under the Settlement Agreement, and in particular, the payment of the Settlement Amount over a period of 22 months.

10. Accordingly, in the event the Court approves the Settlement Agreement, the Adversary Proceedings should be abated pending Goodwins' performance of the Settlement Agreement. Abatement will conserve the parties' and judicial time and resources.

WHEREFORE, the Parties respectfully request that the Court (i) enter an order abating the Adversary Proceedings pending Goodwins' performance under the Settlement Agreement, and (ii) grant such other and further relief as this Court may deem proper and just.

Dated February 24, 2023.

| | |
|---|---|
| /s/ *Lauren M. Reynolds* | /s/ *Samantha L. Dammer* |
| Bradley M. Saxton, Esquire | Samantha L. Dammer |
| Florida Bar No. 0855995 | Florida Bar No.: 0036953 |
| Bsaxton@whww.com | Bleakley Bavol Denman & Grace |
| Lauren M. Reynolds, Esquire | 15316 N. Florida Avenue |
| Florida Bar No. 112141 | Tampa, FL 33613 |
| Lreynolds@whww.com | Ph: (813) 221-3759 |
| Winderweedle, Haines, Ward | Facsimile: (813) 221-3198 |
| & Woodman, P.A. | SDammer@bbdglaw.com |
| 329 Park Avenue North, 2nd Floor | sfilipenko@bbdglaw.com |
| Post Office Box 880 | *Attorneys for Defendants* |
| Winter Park, FL 32790-0880 | |
| (407) 423-4246 | |
| (407) 645-3728 (facsimile) | |
| *Attorneys for Dennis D. Kennedy, Trustee* | |

Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Lauren M. Reynolds attests that concurrence in the filing of this paper has been obtained.

/s/ *Lauren M. Reynolds*
Lauren M. Reynolds

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2023, a true and correct copy of the foregoing has been furnished via CM/ECF electronic service to those parties who receive CM/ECF in the ordinary course of business.

*/s/ Lauren M. Reynolds*
Lauren M. Reynolds